**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANDREW PROKOS,

     Plaintiff,        Case No.: 1:25-cv-1202

  v.

SPAREROOM, INC., CATHY MOLITOR and
DOES 1-10,

     Defendants,

## JUDGMENT

    Whereas (1) Plaintiff commenced this action by filing a complaint on or about February 11, 2025, alleging claims for copyright infringement and violation of the Digital Millennium Copyright Act; (2) on June 13, 2025, Plaintiff filed a First Amended Complaint; (3) Defendants have denied any and all liability arising out of Plaintiff's allegations; (4) on November 14, 2025, Defendant Spareroom Inc. served Plaintiff with an offer of judgment pursuant to Federal Rule of Civil Procedure ("Rule") 68 in the amount of Five Hundred Dollars ($500.00), inclusive of all costs and fees; and (5) on November 28, 2025, Plaintiff accepted Spareroom Inc.'s Rule 68 Offer of Judgment, the following is hereby ordered, adjudged, and decreed:

    1.  Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff shall take a judgment against Defendant Spareroom Inc. in this action in the total sum of Five Hundred Dollars ($500.00), inclusive of all costs and attorneys' fees, for Plaintiff's claims in this action.

2.      This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Spareroom Inc. and its affiliates in connection with the facts and circumstances that are the subject of this action.

3.      This judgment shall not be construed as an admission of liability, wrongdoing, or responsibility by Spareroom Inc., or any of its affiliates, nor as an admission that Plaintiff has suffered any damages.

4.      By accepting Spareroom Inc.'s Rule 68 Offer of Judgment, Plaintiff has released and discharged Spareroom Inc. and its affiliates from any and all claims that were or could have been alleged by Plaintiff in this action.

5.      The Clerk of Court is respectfully directed to enter this Judgment in favor of Plaintiff and against Defendant Spareroom Inc. in the amount of Five Hundred Dollars ($500.00), inclusive of all costs and attorneys' fees, and to close the case as against Spareroom Inc.


Dated:     February_9, 2026
           New York, New Yark

By:  _____
            Hon. Vernon S. Broderick

2