**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

ANDREW PROKOS,

Plaintiff**,**

**25-CV-1202 (VSB) (VF)**

-against-

**ORDER**

SPAREROOM INC., and DOES 1-10,

Defendants.

**---------------------------------------------------------------X**
**VALERIE FIGUEREDO, United States Magistrate Judge.**

On February 11, 2025, Plaintiff commenced this action against Defendants Spareroom Inc. and Does 1-10. ECF No. 1. On June 13, 2025, Plaintiff filed an amended complaint, adding Cathy Molitor ("Molitor") as a defendant. ECF No. 23. The Clerk of Court found Plaintiff's amended complaint deficient and directed him to re-file, but Plaintiff did not comply with those instructions. Plaintiff never served Molitor.

The Court understands that Plaintiff has accepted a Rule 68 judgment from Spareroom Inc. See ECF No. 34. By **July 21, 2026**, Plaintiff is directed to file a letter indicating whether he intends to continue pursuing his claims against Molitor.

**SO ORDERED.**

DATED: New York, New York
July 14, 2026

VALERIE FIGUEREDO
United States Magistrate Judge